**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL ACTION NO. 05-467-1** |
| : | |
| **JAMES CARSTARPHEN** : | |

## ORDER

This 14th day of January, 2022, it is hereby **ORDERED** that Petitioner's Motions to Correct Sentence under 28 U.S.C. §2255, ECF Nos. 119 and 122, are **DENIED** for the reasons set forth in the accompanying memorandum. There is no basis for the issuance of a certificate of appealability.

   /s/ Gerald Austin McHugh
United States District Judge