# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 05-467-1 |
| **JAMES CARSTARPHEN** | : | |
| | : | |

## ORDER

This 15th day of September, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's pro se motion pursuant to Rule 32.1 of the Federal Rules of Civil Procedure is **DENIED.**


    /s/ Gerald Austin McHugh
United States District Judge